355 P.2d 680

Warren E. BURTON, Petitioner,

v.

Harold A. COX, Respondent.

No. 6754.

Supreme Court of New Mexico.

July 22, 1960.

COMPTON, CARMODY and CHAVEZ, Justices, sitting.

Ordered that the petition for writ of habeas corpus be and the same is hereby denied, and the petitioner is remanded to the custody of respondent.

355 P.2d 680

STATE of New Mexico ex rel. Thelma ISHMAEL, Petitioner,

v.

Honorable Paul TACKETT, District Judge, Respondent.

No. 6706.

Supreme Court of New Mexico.

Aug. 3, 1960.

COMPTON, Chief Justice.

Ordered that the peremptory writ of mandamus be and the same is hereby granted.

Aug. 9, 1960.

Respondent's Motion to Set Aside Default Order, to Stay or Quash Peremptory Writ of Mandamus, and to Grant Leave to File Response to Rule to Show Cause.

Order Denying Respondent's Motion.